

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROCK SOUND COMMUNICATIONS CORP.,

    Plaintiff,                                CASE NO.

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

## MEMORANDUM REGARDING APPROPRIATE LEVEL OF BOND

Plaintiff and Movant Rock Sound Communications Corporation respectfully suggests to this Court that the appropriate level of the bond in this case should be nominal.

The reasons are as follows:

1.    In its thirteen (13) days of existence, Rock Sound Communications Corporation has paid Atlas Communications, Ltd. $1.5 million for services. Rock Sound understands that these bills were applied by Atlas Communications, Ltd. to the obligations of U.S. Digital, but this was done without the consent and agreement of Rock Sound Communications Corporation.

2.    As of this date, Rock Sound Communications Corporation has received only one invoice for services doing business as Rock Sound Communications Corporation. The invoice was in the amount of $673,000.00. However, as indicated, Rock Sound Communications Corporation has already paid $1.5 million.

3.    In addition, Atlas Communications, Ltd. holds a $230,000 security deposit in the form of cash and certificates of deposit against future obligations of Rock Sound

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**

Communications Corporation. Currently, it is Rock Sounds Communications Corporation's position that it has no obligation to Atlas Communications, Ltd. and indeed Atlas Communications, Ltd. owes funds to Rock Sound Communications Corporation. Accordingly, the bond should be a nominal one.

4. Furthermore, Rock Sound Communications Corporation has paid everything that it has been billed for. The problem is that Atlas Communications, Ltd. has taken it upon itself, unilaterally, to apply these payments to the obligations of a predecessor company that did business with Atlas Communications, Ltd. and from which Rock Sound Communications Corporation bought the assets.

WHEREFORE, Rock Sound Communications Corporation respectfully requests that the temporary restraining order be entered with a nominal bond.

Respectfully submitted,

*[signature]*

Ronald B. Ravikoff, Esquire
Florida Bar No. 0244155
John Arrastia, Jr., Esquire
Florida Bar No. 0072461
Alicia Shick, Esquire
Florida Bar No. 124842
Zuckerman, Spaeder, Taylor & Evans, LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida 33131
Telephone: (305) 579-0110
Facsimile: (305) 579-9749
Attorneys for Plaintiff Rock Sound

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**