UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



ROCK SOUND COMMUNICATIONS CORP.,

    Plaintiff,                          CASE NO.

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

### ADDENDUM TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

In further support of its Motion for Temporary Restraining Order, Rock Sound Communications Corporation further represents to the Court that at 3:00 p.m. today it received yet an additional threat from Atlas Communications, Ltd., indicating that unless they received $732,000.00 immediately they would terminate service as of 5:00 p.m. today.

DATED this **20th** day of January, 2000.

Respectfully submitted,

Ronald B. Ravikoff, Esquire
Florida Bar No. 0244155
John Arrastia, Jr., Esquire
Florida Bar No. 0072461
Alicia Shick, Esquire
Florida Bar No. 124842
Zuckerman, Spaeder, Taylor & Evans, LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida 33131
Telephone: (305) 579-0110
Facsimile: (305) 579-9749
Attorneys for Plaintiff Rock Sound

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**