



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROCK SOUND COMMUNICATIONS CORP.,

        Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

        Defendant.
_____/

CASE NO. 00-06096-CIV-GOLD
Magistrate Judge Simonton

## NOTICE OF POSTING BOND

Plaintiff, ROCK SOUND COMMUNICATIONS CORPORATION, through undersigned counsel, hereby files this notice of filing bond of $10,000 pursuant to the Court Order of January 21, 2000 granting a Temporary Restraining Order.

DATED this **21st** day of January, 2000.

Respectfully submitted,

Ronald B. Ravikoff, Esquire
Florida Bar No. 0244155
John Arrastia, Jr., Esquire
Florida Bar No. 0072461
Alicia Shick, Esquire
Florida Bar No. 124842
Zuckerman, Spaeder, Taylor & Evans, LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida 33131
Telephone: (305) 579-0110
Facsimile: (305) 579-9749
Attorneys for Plaintiff Rock Sound

**Zuckerman, Spaeder, Taylor & Evans LLP**



00-6096-CIV-Gold

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
at _Miami_

224883

RECEIVED FROM _Alan I. pKavitz Rock Sound Communications Corp_

_Rock Sound Communications Corp vs Atlas Comm hris_

| Fund CK#095-478754011 | ACCOUNT | AMOUNT |
|---|---|---|
| 6855XX  Deposit Funds | | 10,000  00 |
| 604700  Registry Funds | | |
|         General and Special Funds | | |
| 508800  Immigration Fees | | |
| 085000  Attorney Admission Fees | | |
| 086900  Filing Fees | TOTAL | 10,000  00 |
| 322340  Sale of Publications | | |
| 322350  Copy Fees | Case Number or Other Reference | |
| 322360  Miscellaneous Fees | 00-6096-CIV-Gold/smith | |
| 143500  Interest | | |
| 322380  Recoveries of Court Costs | | |
| 322386  Restitution to U.S. Government | | |
| 121000  Conscience Fund | | |
| 129900  Gifts | | |
| 504100  Crime Victims Fund | | |
| 613300  Unclaimed Monies | | |
| 510000  Civil Filing Fee (½) | | |
| 510100  Registry Fee | | |

Temporary Restraining Order / Injunction

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _01/21_  Cash  Check ✓  M.O.  Credit   DEPUTY CLERK: _Sue Hamilton_