UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS CORP.,

Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

Defendant.
_____/



FILED by _____ D.C.

JAN 21 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REQUESTING RESPONSE FROM PLAINTIFF

THIS CAUSE is before the court upon *Defendant's Emergency Motion Requesting Increase of TRO Bond, and to Dismiss for Lack of Jurisdiction*, filed on January 21, 2000. Defendant Atlas Communications, Ltd. is seeking an increase in the bond amount to between one and ten million dollars in order to protect defendant from potential harm. The court requests that plaintiff respond to defendant's motion in an expedited manner. Accordingly, it is

**ORDERED AND ADJUDGED** that plaintiff shall file and serve a response to defendant's motion before **5:00 p.m. on Monday, January 24, 2000**. In addition, the response memorandum shall address the issue of plaintiff's ability to post the bond.

DONE and ORDERED in Chambers at Miami, Florida, this 21 day of January, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE



copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Ronald B. Ravikoff, Esq.
FAX: (305) 579-9749

Howard M. Camerik, Esq.
FAX: (561) 417-8101