IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6096-CIV-GOLD/MONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.

## DEFENDANT'S APPLICATION FOR AN EMERGENCY HEARING ON ITS MOTION TO VACATE THE TEMPORARY RESTRAINING ORDER BASED ON PLAINTIFF'S FRAUD ON THE COURT, LACK OF JURISDICTION AND IN THE ALTERNATIVE TO INCREASE THE BOND REQUIREMENT

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 7.1.E of the Local Rules of this Court, Defendant Atlas Communications, Ltd. ("Atlas"), through its undersigned attorneys, respectfully requests an immediate and emergency hearing on its Motion to Vacate the Temporary Restraining Order ("TRO"), entered by the Court on January 21, 2000, due to the fraud of Plaintiff Rock Sound Communications Corp. on the Court and on Atlas, for lack of jurisdiction, and in the alternative to increase the bond requirement. In support of this Application, Atlas shall rely upon the Motion to Vacate the TRO and the affidavits submitted in support thereof.

WHEREFORE, Atlas respectfully requests that the Court grant its request for an immediate hearing on its Motion to Vacate the Temporary Restraining Order and is prepared to proceed in person or by telephone conference call.

Respectfully submitted,

BLANK ROME COMISKY &McCAULEY, LLP

By: _____
HOWARD M. CAMERIK
Fl. Bar No. 703435
STEVEN A. LESSNE
Fl. Bar No. 0107514
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Telephone: (561) 417-8100
Facsimile: (561) 417-8101
Email:Camerik@Blankrome.com
Lessne@Blankrome.com

Of Counsel:

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (561) 569-5694

Attorneys for Atlas Communications, Ltd.