IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6096-CIV-GOLD/MONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.



## NOTICE OF FILING

Defendant Atlas Communications, Ltd., by and through its undersigned attorneys, hereby gives notice of filing of its Application for an Emergency Hearing and its Motion to Vacate the Temporary Restraining Order, and certifies that a true copy of this Notice, together with a copy of the same was served upon Ronald B. Ravikoff, Esquire, Zuckerman, Spaeder, Taylor & Evans LLP, 201 South Biscayne Blvd., Suite 900, Miami FL 33131, via facsimile at 305-579-9749 this 5th day of January, 2000.

Respectfully submitted,

BLANK ROME COMISKY &McCAULEY, LLP

By: _____

HOWARD M. CAMERIK
Fl. Bar No. 703435