# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ROCK SOUND COMMUNICATIONS CORPORATION

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 00-06096-CIV-GOLD
Magistrate Judge Simonton

ATLAS COMMUNICATIONS, LTD.

NIGHT BOX FILED

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

TO: (Name and Address of Defendant)

Atlas Communications, Ltd., Inc.
c/o Edwin F. Blandon, Esquire, Registered Agent
825 Thomasville Road
Tallahassee, Florida  32303

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Ronald B. Ravikoff, Esquire
Zuckerman, Spaeder, Taylor & Evans LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida  33131

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

DEPUTY CLERK: Joe Conway

JAN 2 4 2000

DATE JANUARY 21, 2000

SCANNED

13