UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
JAN 25 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ROCK SOUND COMMUNICATIONS
CORPORATION,

CASE NO. 00-CV-6096 - ASG

    Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

### SUGGESTION OF BANKRUPTCY

Debtor, Rock Sound Communications Corporation, through undersigned counsel, hereby gives notice that on January 25, 2000, a voluntary petition was filed by the Debtor under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, **Case No. 00-20422-BKC-RBR**. The above-styled case is stayed pursuant to 11 U.S.C. §362 and, therefore, Plaintiff is prevented from taking any further action in this case.

    Respectfully submitted, this 25th day of January, 2000.

                           BERGER DAVIS & SINGERMAN, P.A.
                           Attorneys for Rock Sound Communications Corp.
                           200 South Biscayne Blvd., Suite 2950
                           Miami, Florida 33131
                           Telephone: (305) 755-9500

                           By: _____
                                Brian G. Rich
                                Florida Bar No. 038229

24773.1/5581.001
1/25/0 wp8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via facsimile this 25th day of January, 2000 to Blank, Rome, et al., Howard Camprik, Esquire, 1200 N Federal Highway, Ste. 417, Boca Raton, FL 33432 at (561) 417-8101.

_____
Brian G. Rich

24773.1/5581.001
1/25/0 wp8

**Berger Davis & Singerman**

200 South Biscayne Boulevard   Suite 2950   Miami, Florida 33131-5308   Phone: 305.755.9500   Fax: 305.714.4340