UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6096- CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATION CORP.,

       Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

       Defendants.
_____/



FILED by _____ D.C.
JAN 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING ORAL ARGUMENT

Oral Argument regarding the Temporary Restraining Order issued by this Court on the 21st day of January, 2000, is hereby scheduled before the undersigned at the United States District Court, Courtroom Ten, Tenth Floor, 301 N. Miami Ave., Miami, Florida, 33128, on **January 25, 2000 at 5:00 p.m.** The court has set aside **forty-five (45)** minutes for this hearing. The parties are directed to contact the judge's chambers at (305) 523-5580, in the event this matter is settled.

DONE AND ORDERED in chambers at Miami, Florida, this 25 day of January, 1999.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to: **(via telefax with prior telephone notice)**
*U.S. Magistrate Judge Andrea Simonton*
Ronald Ravikoff, Esq. (305) 579-9749
Howard Camerik, Esq. (561) 417-8101
Jerome Richter, Esq. (215) 569-5694

16