**JUDGE ALAN S. GOLD**                                **COURTROOM 10 - TENTH FLOOR**

   

FILED by _____ D.C.
JAN 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **25** Jan 2000 5:00 PM | 6:00 PM | **ORAL ARGUMENT** | 00-6096-CIV<br><br>ROCK SOUND COMMUNICATIONS CORP.,<br>(Ronald Ravikoff, Esq.)<br><br>v.<br><br>ATLAS COMMUNICATIONS, LTD.,<br>(Howard Camerik, Esq.)<br>(Jerome Richter, Esq. via telephone appearance (610) 525-0650<br><br>Re: Temporary Restraining Order |

HEARING HELD PURS. TO REQUEST FOR TRO.