# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS CORP.,

      **Plaintiff,**

vs.

ATLAS COMMUNICATIONS, LTD.,

      **Defendant.**

_____/



FILED by _____ D.C.

JAN 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER VACATING TEMPORARY RESTRAINING ORDER

THIS CAUSE is before the court upon *Defendant's Motion to Vacate the Temporary Restraining Order Based on Plaintiff's Fraud on the Court, for Lack of Jurisdiction, and in the Alternative to Increase the Bond Requirement* [D.E. 10], filed on January 24, 2000. On January 21, 2000, the court issued an *Order Granting Emergency Motion for Temporary Restraining Order* [D.E. 7], which restrained and enjoined Atlas Communications, Ltd. ("Atlas") from cutting off service to Rock Sound Communications Corporation ("Rock Sound") or the account currently being billed to Rock Sound under the name of U.S. Digitel, Inc. The Temporary Restraining Order went into effect upon the posting of a $10,000 bond.

In response to *Defendant's Application for an Emergency Hearing on its Motion to Vacate the Temporary Restraining Order Based on Plaintiff's Fraud on the Court, Lack of Jurisdiction and In the Alternative to Increase the Bond Requirement*, filed on January 24, 2000, the court held a hearing on January 25, 2000. Based on the representations of counsel at the hearing, it appears that

Rock Sound filed for bankruptcy during the afternoon of January 25, 2000, approximately 2 ½ hours prior to this court's hearing, and that the automatic stay provisions are therefore in effect.

The court is convinced, based on the affidavits filed by Atlas and the representations before the court, that an increase in the bond amount to at least $770,000 is necessary to adequately secure indemnification for costs and damages that may accrue to Atlas as the result of a wrongfully issued restraining order. However, due to the recently filed bankruptcy proceeding, plaintiff cannot comply with any order of this court requiring an increase in the bond amount.

Accordingly, it is

**ORDERED AND ADJUDGED** that *Defendant's Application for an Emergency Hearing on its Motion to Vacate the Temporary Restraining Order Based on Plaintiff's Fraud on the Court, Lack of Jurisdiction and In the Alternative to Increase the Bond Requirement* [D.E. 11] is GRANTED *nunc pro tunc*. It is further

**ORDERED AND ADJUDGED** that *Defendant's Motion to Vacate the Temporary Restraining Order Based on Plaintiff's Fraud on the Court, for Lack of Jurisdiction, and in the Alternative to Increase the Bond Requirement* [D.E. 10] is GRANTED. It is further

**ORDERED AND ADJUDGED** that the court's January 21, 2000 *Order Granting Emergency Motion for Temporary Restraining Order* is DISCHARGED as of the signing of this Order. Atlas Communications, Ltd. is no longer restrained or enjoined from cutting off service to Rock Sound Communications Corporation or the account currently being billed to Rock Sound Communications Corporation under the name of U.S. Digitel, Inc. It is further

-2-

**ORDERED AND ADJUDGED** that the preliminary injunction hearing scheduled for 4:00 p.m. on January 28, 2000 is CANCELED. The briefing and submission schedule established by the court in the Temporary Restraining Order is vacated. It is further

**ORDERED AND ADJUDGED** that the parties shall file and submit supplemental briefs before 5:00 p.m. on Wednesday, January 26, 2000, regarding the court's authority to amend the Temporary Restraining Order *nunc pro tunc* so as to increase the required bond amount. As indicated at the hearing, the briefs may be submitted to the court by telefax.

DONE and ORDERED in Chambers at Miami, Florida, this **25** day of January, 2000,

6:10 P.M.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Ronald B. Ravikoff, Esq.
Attorney for Plaintiff
Zuckerman, Spaeder, Taylor & Evans LLP
201 South Biscayne Boulevard, Ste. 900
Miami, FL 33131
Phone: (305) 579-0110
FAX: (305) 579-9749

Howard M. Camerik, Esq.
Attorney for Defendant
Blank Rome Comisky & McCauley, LLP
1200 North Federal Highway, Ste. 417
Boca Raton, FL 33432

-3-

Phone: (561) 417-8100
FAX: (561) 417-8101