FEB 1 0 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS    :
CORPORATION,
                             :

                             :

        Plaintiff,           :

                             :

    v.                       :

                             :

ATLAS COMMUNICATIONS, LTD.,  :

                             :

        Defendant.           :

                             :
_____

## AGREED AND/OR UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE DEFEND

Pursuant to General Rule 7.1 of the Local Rules of Civil Procedure, Defendant

Atlas Communications, Ltd. ("Atlas"), through its undersigned attorneys, hereby submits

this Agreed and/or Unopposed Motion for an Extension of Time Within Which to

Answer, Move or Otherwise Defend in the above captioned civil action.  In support of

this motion, Atlas avers as follows:

1.  On February 7, 2000, the Court entered an Order Requiring Compliance with

General Rule 16.1 of the Local Rules of the United States District Court for the Southern

District of Florida and an Order, on the Court's own motion, providing that this case was

not subject to the automatic stay provision of 11 U.S.C. § 362(a).  Counsel for Atlas did

not receive the Court's Orders until February 9, 2000.

23  4

2.    Pursuant to Rule 12 of the Federal Rules of Civil Procedure, assuming that service of Complaint was properly obtained on January 24, 2000, Atlas is required to answer, move or otherwise defend in this civil action by Monday, February 14, 2000.

3.    Since January 25, 2000, the date on which the Court vacated the temporary restraining order and canceled the preliminary injunction hearing scheduled for January 28, 2000, Atlas has been fully engaged in seeking to protect its interests in the Bankruptcy Court through filing, as well as opposing, emergency motions covering diverse subject matter related to the estate of the debtor, Plaintiff Rock Sound Communications Corporation.

4.    Believing, all be it mistakenly, that the automatic stay provisions of the Bankruptcy Code stayed this civil action, and in light of the expedited nature of the prior proceedings in this case, followed closely by Plaintiff's bankruptcy petition, Atlas respectfully submits that it requires additional time within which to fully prepare an answer, motion or other defense to this action.

5.    Atlas submits that the intervening bankruptcy action, and the accompanying uncertainty as to the applicability of the automatic stay provision of the Bankruptcy Code, until recently clarified by the Court, constitute good cause as required by General Rule 7.1.A.1.j.

5.    On February 9, 2000, the undersigned attorneys for Atlas obtained the consent of Plaintiff's counsel for an extension of time within which to answer, move or

otherwise defend in the above captioned action until Friday, February 25, 2000.

Accordingly, Atlas submits that it has complied with its obligation under General Rule 7.1.A.3.

WHEREFORE, Atlas respectfully requests that the Court enter an order in the form submitted herewith extending the time in which Atlas has to answer, move or otherwise defend in the above captioned matter until Friday, February 25, 2000.

Respectfully submitted,

BLANK ROME COMISKY &McCAULEY, LLP

By: _____

HOWARD M. CAMERIK
Fl. Bar No. 703435
STEVEN A. LESSNE
Fl. Bar No. 0107514
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Telephone: (561) 417-8100
Facsimile: (561) 417-8101
Email:Camerik@Blankrome.com
    Lessne@Blankrome.com

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & Mccauley, LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5694

Attorneys for Atlas Communications Ltd.

3

## CERTIFICATE OF SERVICE

On February 10, 2000, the undersigned caused a true and correct copy of the foregoing to be served via facsimile and first class mail, postage prepaid, upon Ronald B. Ravikoff, Esquire, Zuckerman, Spaeder, Taylor & Evans LLP, 201 South Biscayne Blvd., Suite 900, Miami, FL 33131.