# AFFIDAVIT OF SERVICE

FILED BY _____JG_____ D.C

00 FEB 10 PM 2:41

CLERK MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TO BE SERVED:

CASE NO. 00-06096 CIV-GOLD

ATLAS COMMUNICATIONS, LTD., INC.
c/o Edwin F. Blandon, Esquire, R.A.
825 thomasville Road
Tallahassee, Florida 32303

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| ROCK SOUND COMMUNICATIONS CORPORATION | vs | ATLAS COMMUNICATIONS, LTD. |

TYPE OF WRIT:  SUMMONS AND A COPY OF THE COMPLAINT

TYPE OF SERVICE

( X ) ASSOCIATION, CORPORATION, OR PARTNERSHIP-delivering a true copy of the original thereof with date and hour of service thereon to which was attached a copy of the Plaintiffs pleadings to: EDWIN F. BLANDON, ESQUIRE, R.A., of the within-named Defendant, to wit: ATLAS COMMUNICATIONS, LTD., INC.

I HEREBY CERTIFY AND RETURN THAT I RECEIVED THIS WRIT ON JANUARY 28, 2000, AT 5:10 P.M., AND SERVED SAME IN ACCORDANCE WITH THE TYPE SERVICE MARKED ABOVE, ON JANUARY 31, 2000, AT 10:35 A.M., IN TALLAHASSEE, LEON COUNTY, FLORIDA.

_____
THEODORE J. LEHMANN
Special Process Server No. 1 appointed by the Sheriff of
Leon County pursuant to Section 48.021, F.S.

SWORN TO AND SUBSCRIBED BEFORE ME THIS _31st_ DAY OF JANUARY, 2000, BY THEODORE J. LEHMANN, WHO IS PERSONALLY KNOWN TO ME.

_____
NOTARY PUBLIC

24

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ROCK SOUND COMMUNICATIONS CORPORATION

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 00-06096-CIV-GOLD
Magistrate Judge Simonton

ATLAS COMMUNICATIONS, LTD.



TO: (Name and Address of Defendant)

Atlas Communications, Ltd., Inc.
c/o Edwin F. Blandon, Esquire, Registered Agent
825 Thomasville Road
Tallahassee, Florida  32303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald B. Ravikoff, Esquire
Zuckerman, Spaeder, Taylor & Evans LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida  33131

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                           JAN 2 4 2000

CLERK                                                     DATE

DEPUTY CLERK