IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

  Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

  Defendant.

FILED by ___ D.C.

FEB 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS CAUSE having come before the Court upon the Agreed and/or Unopposed Motion of Atlas Communications, Ltd. for an Extension of Time Within Which to Answer, Move or Otherwise Defend in the above captioned matter, and the Court having found good cause for the extension, and having noted that Plaintiff Rock Sound Communications Corporation consents to the extension, it is

HEREBY ORDERED that Atlas Communications, Ltd., shall answer, move or otherwise defend in the above captioned action on or before Friday, February 25, 2000.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida, this 11 day of February, 2000.

_____
Hon. Alan S. Gold, U.S.D.J.

Copies to:
All counsel of record