UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROCK SOUND COMMUNICATIONS CORP.,

    Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

CASE NO. 00-06096-CIV-GOLD
Magistrate Judge Simonton

### MOTION FOR PROTECTIVE ORDER

Plaintiff, ROCK SOUND COMMUNICATIONS CORPORATION, pursuant to Rule 26(c)(2) Florida Rules of Civil Procedure and Local Rule 26.1.J, hereby files this Motion for Protective Order that a deposition not be taken at this time, and in support thereof states as follows:

1. On February 10, 2000, the Defendant ATLAS COMMUNICATIONS, LTD. served a 30(b)(6) Notice of Deposition for a representative of Rock Sound Communications - Henry Ritter (Attached).

2. On February 10, 2000, counsel for Plaintiff was advised by bankruptcy counsel for the Plaintiff, that their Chapter 11 filing had been converted to a Chapter 7. The U.S. Trustee now in control of the company is Marika Tolz.

3. Accordingly, Marika Tolz is the only person who can speak on behalf of the company and/or respond to the subpoena. The undersigned has been in touch with Marika Tolz, seeking her guidance, but given the short notice, she has been unable to do so (Attached).

**NON-COMPLIANCE OF S.D. fla. L.R. 7.1A4**

Zuckerman, Spaeder, Taylor & Evans LLP

Case No. 00-06096-CIV-GOLD

WHEREFORE, ROCK SOUND COMMUNICATIONS CORPORATION respectfully requests this Court enter a Protective Order on the notice for deposition of Rock Sound until such time as the U.S. Trustee has provided guidance to the undersigned and can properly make decisions to the progress of this case.

DATED this **16th** day of February, 2000.

Respectfully submitted,

_____
Ronald B. Ravikoff, Esquire
Florida Bar No. 0244155
Zuckerman, Spaeder, Taylor & Evans, LLP
Attorneys for Plaintiff Rock Sound
201 South Biscayne Boulevard
Suite 900
Miami, Florida 33131
Telephone: (305) 579-0110
Facsimile: (305) 579-9749
rravikoff@zuckerman.com

Case No. 00-06096-CIV-GOLD

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by facsimile and U.S. Mail this **16th** day of February, 2000 to: Howard M. Camerik, Esq., Blank, Rome, Comisky & McCauley, LP, 1200 N. Federal Highway, Suite 417, Boca Raton, Florida 33432; Marika Tolz, United States Trustee, Southern District of Florida, 1804 Sherman Street, Hollywood, Florida 33020; Reggie D. Sanger, Esq., Attorney for the United States Trustee, 208 S.E. 9th Street, Ft. Lauderdale, Florida 33316.

Respectfully submitted,

_____
Ronald B. Ravikoff, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS :
CORPORATION, :
 :
      Plaintiff, :
 :
v. :
 :
ATLAS COMMUNICATIONS, LTD., :
 :
      Defendant. :
_____:

**NOTICE OF DEPOSITION PURSUANT TO RULE 30
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO: Ronald B. Ravikoff, Esq.
     John Arrastia, Esq.
     Zuckerman, Spaeder, Taylor & Evans, LLP
     201 South Biscayne Blvd., Suite 900
     Miami, FL 33131

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, Defendant, Atlas Communications, Ltd. ("Atlas"), by and through its undersigned attorneys, will take the oral deposition of Henry Ritter in his capacity as Executive Vice President of Rock Sound Communications Corporation, and as managing agent of any affiliated entity thereto, at the law offices of Blank Rome Comisky &

McCauley, LLP, 1200 North Federal Highway, Suite 417, Boca Raton, FL 33432, on February 17, 2000, commencing at 10:00 a.m.

Pursuant to Rule 30(b)(1) and (b)(5), Federal Rules of Civil Procedure, Mr. Ritter, at the time of deposition, shall produce all documents and tangible things reasonably related to the allegations of Plaintiff Rock Sound Communications Corporation as set forth in the Complaint filed in the above captioned matter, including but not limited to the closing documents for the purchase of the assets of U.S. Digitel, Inc. and Telecard Dispensing Corporation.

This deposition will be taken by a Reporter authorized to administer oaths, and shall continue from day to day until concluded. The deposition shall be recorded by stenographic means and/or video recording.

I HEREBY CERTIFY that on February 9, 2000, I served the foregoing Notice of Deposition upon the above named addressee(s) by facsimile and overnight courier.

BLANK ROME COMISKY &McCAULEY, LLP

By: _____
HOWARD M. CAMERIK
Fl. Bar No. 703435
STEVEN A. LESSNE
Fl. Bar No. 0107514
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Telephone: (561) 417-8100
Facsimile: (561) 417-8101
Email: Camerik@Blankrome.com
       Lessne@Blankrome.com

Attorneys for Atlas Communications, Ltd.

Of Counsel:

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & Mccauley, LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5694

**MARIKA TOLZ, TRUSTEE**

*Southern District of Florida*

*1804 Sherman Street*
*Hollywood, Florida 33020*
*Tel: (954) 923-6536*
*Fax: (954) 920-3305*
*e-mail: marikatolz@aol.com*

2/15/2000

Ronald Ravikoff
Zuckerman, Spaeder, Taylor & Evans
201 South Biscayne Blvd.
Suite 800
Miami, Fla. 33131

Sent by fax to avoid delay

Re Rock Sound

Dear Mr Ravikoff,

In response to your letter of today, I would ask that you give a chance to get familiar with the case and the issues. I did receive your letter of the 10th, but quite frankly wanted to gather some information and discuss the matter with Bankruptcy Counsel before I responded.

I have retained the services of Reggie Sanger ( 954) 463 8547 to represent me in this case. Since my appointment, I have just not had enough time to get familiar with all of the issues. I would ask that you give me a little time so that I may intelligently approach the issue of the pending litigation wherein you represent the debtor. I had hoped that we could continue with your services, given the right conditions.

Please give me until next week. In the interim if you can Mr Sanger and my office a summary of the case status and your recommendations, that would greatly be appreciated.

Thank you for your attention, and I look forward to working with you,

Very truly,

Marika Tolz
Trustee

cc Reggie Sanger Esq.