FILED _____ D.C

00 FEB 25 PM 1:53

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/Simonton

ROCK SOUND COMMUNICATIONS          :
CORPORATION,
                                      :

        Plaintiff,          :

   v.          :

ATLAS COMMUNICATIONS, LTD.,          :

        Defendant.          :
_____ :

## AGREED AND/OR UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE DEFEND

Pursuant to General Rule 7.1 of the Local Rules of Civil Procedure, Defendant

Atlas Communications, Ltd. ("Atlas"), through its undersigned attorneys, hereby

submits this Agreed and/or Unopposed Motion for an Extension of Time Within

Which to Answer, Move or Otherwise Defend in the above captioned civil action.  In

support of this motion, Atlas avers as follows:

    1.    On February 7, 2000, the Court entered an Order Requiring Compliance

with General Rule 16.1 of the Local Rules of the United States District Court for the

Southern District of Florida and an Order, on the Court's own motion, providing that this case was not subject to the automatic stay provision of 11 U.S.C. § 362(a).

2.   Pursuant to Rule 12 of the Federal Rules of Civil Procedure, assuming that service of Complaint was properly obtained on January 24, 2000, Atlas was required to answer, move or otherwise defend in this civil action by Monday, February 14, 2000.

3.   Since January 25, 2000, the date on which the Court vacated the temporary restraining order and canceled the preliminary injunction hearing scheduled for January 28, 2000, Atlas has been fully engaged in seeking to protect its interests in the Bankruptcy Court through filing, as well as opposing, emergency motions covering diverse subject matter related to the estate of the debtor, Plaintiff Rock Sound Communications Corporation ("RSC").

4.   On February 11, 2000, Atlas filed an Agreed and/or Unopposed Motion for an Extension of Time Within Which to Answer, Move or Otherwise Defend until Friday, February 25, 2000.

5.   On February 11, 2000, the Court granted Atlas' Motion for an extension of time.

6.   On February 10, 2000, RSC's Chapter 11 bankruptcy petition was converted to a Chapter 7 liquidation.

7.   On February 23, 2000, the United States Trustee, Marika Tolz, through her counsel, Reggie D. Sanger, Esquire, informed the undersigned counsel for Atlas

2

that the Trustee intends to remove this matter from the District Court to the Bankruptcy Court during the week of February 28, 2000.

8.    As pursuing this litigation in the Bankruptcy Court, rather than the District Court, will materially change the procedural and substantive rights and remedies available to Atlas, specifically with regard to the application of the automatic stay provision of the Bankruptcy Code and Atlas' right to pursue counterclaims against RSC, Atlas respectfully submits that the impending removal of this action by the Trustee constitutes good cause for the extension of time as required by General Rule 7.1.A.1.j.

9.    On February 23, 2000, the undersigned attorneys for Atlas obtained the consent of Plaintiff's counsel of record, Ronald B. Ravikoff, Esquire, and counsel for the Trustee, Mr. Sanger, for an extension of time within which to answer, move or otherwise defend in the above captioned action until Friday, March 10, 2000. Accordingly, Atlas submits that it has complied with its obligation under General Rule 7.1.A.3.

WHEREFORE, Atlas respectfully requests that the Court enter an order in the form submitted herewith extending the time in which Atlas has to answer, move or otherwise defend in the above captioned matter until Friday, March 10, 2000.

3

Respectfully submitted,

BLANK ROME COMISKY &McCAULEY LLP

By: _____

HOWARD M. CAMERIK
Fl. Bar No. 703435
STEVEN A. LESSNE
Fl. Bar No. 0107514
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Telephone: (561) 417-8100
Facsimile: (561) 417-8101
Email:Camerik@Blankrome.com
          Lessne@Blankrome.com

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5694

Attorneys for Atlas Communications Ltd.

## CERTIFICATE OF SERVICE

On February 24, 2000, the undersigned caused a true and correct copy of the

foregoing to be served via facsimile and first class mail, postage prepaid, upon Ronald

4

B. Ravikoff, Esquire, Zuckerman, Spaeder, Taylor & Evans LLP, 201 South Biscayne

Blvd., Suite 900, Miami, FL 33131, and Reggie D. Sanger, Esquire, 208 S.E. Ninth

Street, Fort Lauderdale, FL 33316.

STEVEN A. LESSNE