UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

00 MAR -2 PM 4:15

CASE NO: 00-6096-CIV-GOLD/SIMONTON

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

IN RE:

ROCK SOUND COMMUNICATIONS
CORP.,
    Plaintiff.
Vs.
ATLAS COMMUNICATIONS, LTD.,
    Defendant.
_____/

### NOTICE OF APPEARANCE BY REGGIE DAVID SANGER, ESQUIRE AND REQUEST FOR SERVICE OF PAPERS

The undersigned counsel hereby enters his appearance in this case as counsel for Marika Tolz, Trustee of the Bankruptcy Estate Rock Sound Communications Case No: 00-20422-BKC-RBR, and requests copies of all further notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

>Reggie David Sanger, Esquire
>REGGIE DAVID SANGER, P.A.
>208 S.E. 9th Street
>Fort Lauderdale, FL 33316
>Phone:   (305) 463-8547
>Facsimile:  (305) 463-8356

I HEREBY CERTIFY that a true copy of the foregoing was furnished by mail to the attached list of interested parties on this 2nd day of March, 2000.

>REGGIE DAVID SANGER, P.A.
>Attorney for Trustee
>Marika Tolz of Rock Sound
>Communications Corp.
>208 S.E. 9th Street
>Fort Lauderdale, FL 33316
>(305) 463-8547
>
>By: _____
>Reggie David Sanger, Esq.
>Florida Bar No: 231215



Ronald B. Ravikoff, Esquire
ZUCKERMAN, SPAEBER, ET AL.
201 S. Biscayne Blvd, Suite 900
Miami, FL 33131
Ph: (305) 358-5000
Fax: (305) 579-9749

Howard M. Camerik, Esquire
BLANK ROME ET AL
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Ph: (561) 417-8100
Fax: (561) 417-8101