## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,
        Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

        Defendant.

FILED by ___ D.C.

MAR 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER

This matter having come before the Court on the Agreed and/or Unopposed Motion of Atlas Communications, Ltd. for an Extension of Time Within Which to Answer, Move or Otherwise Defend in the above captioned matter; and,

The Court having found good cause for the extension, and the Court having noted that Plaintiff Rock Sound Communications Corporation, through its counsel of record and through counsel for the Chapter 7 Trustee, consents to the extension of time;

IT IS on this ___1___ day of ~~February,~~ 2000, hereby ORDERED that Atlas Communications, Ltd., shall answer, move or otherwise defend in the above captioned civil action on or before Friday, March 10, 2000.

MAR 3 2000

Rec'd in MIA Dkt _____

_____
Hon. Alan S. Gold, U.S.D.J.