UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATION
CORP.,

    Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/



## MOTION AND NOTICE FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MEMORANDUM

ROCK SOUND COMMUNICATION CORP. through its Court appointed Bankruptcy Trustee, MARIKA TOLZ, moves this Court for a voluntary dismissal of this proceeding without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and states as follows.

1. This action was commenced by ROCK SOUND COMMUNICATION CORP., on January 20, 2000.

2. Thereafter, on or about January 25, 2000, ROCK SOUND COMMUNICATION CORP., filed a voluntary petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code.

3. The bankruptcy case was converted to a Chapter 7 proceeding on February 9, 2000, and Marika Tolz was appointed as the Trustee of this estate.

4. This lawsuit sought injunctive relief against ATLAS COMMUNICATIONS, LTD., and in reviewing the pleadings, and considering the fact that the injunctive relief sought is moot by virtue of the conversion of the Chapter 11 bankruptcy proceeding to a liquidation Chapter 7, the Trustee requests this case be dismissed without prejudice pursuant to F.R.C.P. 41(a)(1).

5. To movant's knowledge and belief the Defendant has not filed its answer in this proceeding and no Motion for Summary Final Judgment has been filed.



6.  The Trustee has been advised that there was a bond posted in this proceeding and would therefore request that this Court retain jurisdiction for determination of the disposition of the bond.

## MEMORANDUM

7.  Plaintiff can voluntarily dismiss an action without court approval under Federal Rule of Civil Procedure 41 (a)(1) by a unilateral notice of dismissal if the defendant has not filed either an answer or summary judgment motion.

8.  Moore's Federal Procedure paragraph 41.30 (Matthew Bender 3d ed.) <u>Wilson v. City of San Jose</u>, 111 F. 3d 688 (9th Cir. 1997)

WHEREFORE, ROCK SOUND COMMUNICATION CORP. through its Court appointed Bankruptcy Trustee, MARIKA TOLZ, prays that this Court dismiss this case without prejudice pursuant to F.R.C.P. 41(a)(1) with the Court retaining jurisdiction for determination as to the disposition of the bond.

I HEREBY CERTIFY that a true copy of this motion was furnished by mail to the parties on the attached list on this 2nd day of March, 2000.

*I am admitted to the Bar of the United States District Court and I am in compliance with additional qualifications to practice as set forth in Local Rule 2090A*

REGGIE DAVID SANGER, P.A.
Attorney for the Trustee Marika Tolz of
Rock Sound Communications Corp.
208 SE 9th Street
Ft. Lauderdale, FL 33316
Tel. (954) 463-8547
Fax (954) 463-8356
By: _____
Reggie David Sanger, Esq.
Florida Bar No. 231215

Ronald B. Ravikoff, Esquire
ZUCKERMAN, SPAEBER, ET AL.
201 S. Biscayne Blvd, Suite 900
Miami, FL 33131
Ph: (305) 358-5000
Fax: (305) 579-9749

Howard M. Camerik, Esquire
BLANK ROME ET AL
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Ph: (561) 417-8100
Fax: (561) 417-8101