UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS CORP.,

    Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

THIS CAUSE is before the court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Andrea Simonton** to conduct a hearing and issue a Report and Recommendation on the disposition of the bond securing the Temporary Restraining Order ("TRO") entered by the court on January 21, 2000, and vacated by the court on January 25, 2000, and on defendant's request for a determination of the full extent of damages to Atlas. It is further

**ORDERED AND ADJUDGED** that the parties may obtain discovery in preparation of the aforementioned hearing. All discovery disputes are hereby referred to Magistrate Judge Simonton for final disposition.

DONE and ORDERED in Chambers at Miami, Florida, this ___9___ day of March, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Ronald B. Ravikoff, Esq.
Zuckerman, Spaeder, Taylor & Evans LLP
201 South Biscayne Boulevard, Ste. 900
Miami, FL 33131
FAX: 305-579-9749

Reggie D. Sanger, Esq.
208 S.E. 9th St.
Ft. Lauderdale, FL 33316
FAX: 954-463-8356

Howard M. Camerik, Esq.
Steven A. Lessne, Esq.
Blank Rome Comisky & McCauley, LLP
1200 N. Federal Hwy., Ste. 417
Boca Raton, FL 33432
FAX: 561-417-8101