NIGHT BOX
FILED

MAR 9 2000

CLARENCE MADDOX
CLERK, USDC - SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROCK SOUND COMMUNICATIONS
CORPORATION,

        Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD.,

        Defendant.
_____/

CASE NO. 00-6096-CIV-GOLD
Magistrate Judge Simonton

## MOTION TO WITHDRAW AS COUNSEL

Ronald B. Ravikoff, Esq. and the law firm of Zuckerman, Spaeder, Taylor & Evans LLP pursuant to Local Rule 11.1(D)(3) hereby move to withdraw as counsel for Plaintiff, Rock Sound Communications Corporation and as grounds therefore state as follows:

1. Up until January 25, 2000, this law firm was counsel for Plaintiff, Rock Sound Communications Corporation in the above styled cause.

2. On January 25, 2000, Rock Sound Communications Corporation filed for Chapter 11 Bankruptcy, and accordingly, no further work could be done on this case, nor further payment could be made to this law firm.

3. On February 9, 2000 the Chapter 11 Bankruptcy was converted to a Chapter 7 Bankruptcy and Marika Tolz was assigned as Trustee and formally took over as representative of the estate of Rock Sound Communications Corporation

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**



CASE NO. 00-6096-CIV-GOLD

4. In addition, Reggie D. Sanger, Esq. has been appointed as attorney for Marika Tolz. Mr. Sanger has made an appearance in this case, representing the interests of the estate of Rock Sound Communications Corporation in this litigation.

5. Zuckerman, Spader, Taylor & Evans LLP has not been retained by the Chapter 7 Trustee to continue representing Rock Sound Communications Corporation in this matter. Accordingly, Zuckerman, Spaeder, Taylor & Evans LLP no longer has an attorney-client relationship with Rock Sound Communications Corporation.

6. Counsel has conferred with Reggie D. Sanger, as attorney for the estate of Rock Sound and counsel for the Trustee of Rock Sound and he has consented to the withdrawal of this law firm as counsel of record for Rock Sound Communications Corporation

WHEREFORE, Ronald B. Ravikoff, Esq. and the law firm of Zuckerman, Spaeder, Taylor & Evans LLP respectfully moves this Court for the entry of an Order allowing them to withdraw as counsel and have no further responsibility in this matter.

DATED this ____ day of March, 2000.

Respectfully submitted,

Ronald B. Ravikoff, Esq.
Florida Bar No. 244155
Zuckerman, Spaeder, Taylor
 & Evans LLP
201 South Biscayne Boulevard
Suite 900
Miami, Florida 33131
(305) 579-0110 Telephone
(305) 579-9749 Facsimile
Rravikoff@zuckerman.com

By: _____
     Ronald B. Ravikoff

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**

CASE NO. 00-6096-CIV-GOLD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served via U.S. Mail this 10th day of March, 2000 to Howard M. Camerik, Esq., Blank, Rome, Comisky & McCauley LP, 1200 North Federal Highway, Suite 417, Boca Raton, Florida 33432 and to Reggie D. Sanger, Esq., 208 S.E. 9th Street, Ft. Lauderdale, Florida 33316.

By: _____
Ronald B. Ravikoff

**ZUCKERMAN, SPAEDER, TAYLOR & EVANS, LLP**