# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 00-6096-CIV-GOLD
### U.S. Magistrate Judge Simonton

ROCK SOUND COMMUNICATIONS
CORPORATION,

        Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD,

        Defendant.

_____/



FILED by _____ D.C.

MAR 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL

      THIS CAUSE is before the Court upon Defendant's Counsel's Motion to Withdraw As Counsel [D.E. 33]. The Court having reviewed the motion, the file, and being otherwise advised in the premises, it is

      **ORDERED AND ADJUDGED** that Defendant's Counsel's Motion to Withdraw As Counsel [D.E. 33] is GRANTED. Ronald B. Ravikoff, Esq. and the law firm of Zuckerman, Spaeder, Taylor & Evans LLP are hereby discharged as counsel of record in the above-styled cause and shall have no further responsibility to Plaintiff, Rock Sound Communications Corporation, in this matter. It is further

      **ORDERED AND ADJUDGED** that Reggie D. Sanger, Esq., attorney for Marika Tolz, Trustee of the Bankruptcy Estate of Rock Sound Communication, shall serve as counsel of record on behalf of Plaintiff for all further proceedings in this case.

34 

DONE AND ORDERED in Chambers at Miami, Florida, this *31* day of March, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Ronald B. Ravikoff, Esq.

Reggie D. Sanger, Esq.

Howard M. Camerik, Esq.

-2-