UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



IN RE:                                    U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

     Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

     Defendant.

_____/

## JOINT MOTION TO ABATE PROCEEDING TO ALLOW BANKRUPTCY COURT APPROVAL OF STIPULATION TO COMPROMISE CONTROVERSY

Marika Tolz, Trustee of the Estate of Rock Sound Communications Corporation and the Defendant, Atlas Communication, Ltd., by and through their respective counsel, move this Court to abate this proceeding to allow time for the parties to acquire approval of the U.S. Bankruptcy Court of the Stipulation to Compromise Controversy and states as follows:

1.     The parties have agreed subject to the U.S. Bankruptcy Court's approval to the attached Stipulation to Compromise Controversy which would resolve all of the remaining issues in this litigation.

2.     If the Stipulation is approved by the U.S. Bankruptcy Court, neither the parties nor this Court need to expend further time or judicial resources in litigating the remaining issues in this proceeding.

3.     The Honorable Andrea M. Simonton, United States Magistrate Judge, has set a deadline of April 24, 2000, for the parties to brief the issues of this Court's jurisdiction.

36 H

U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

4.    The parties in light of the Stipulation would request this Court to abate this matter and extend the deadline for filing legal memoranda until the U.S. Bankruptcy Court's ruling on the Motion to Approve Stipulation to Compromise Controversy.

5.    In view of the amount of the bond of $10,000.00, the legal expenses will far exceed this to continue with the litigation.

6.    The time anticipated to get the U.S. Bankruptcy Court's ruling on the Motion to Approve Stipulation to Compromise Controversy is approximately sixty (60) days after filing of same.

WHEREFORE, Marika Tolz, Trustee of the Estate of Rock Sound Communication, Inc., and Atlas Communications, Ltd, Defendant, respectfully pray that this Court enter an Order abating this matter until the U.S. Bankruptcy Court considers and approves the Stipulation to Compromise Controversy.

Dated this 24th day of April, 2000.

REGGIE DAVID SANGER, P.A.
Attorney for Plaintiff
208 S.E. 9th Street
Fort Lauderdale, FL 33316
Tel. (954) 463-8547
Fax (954) 463-8356

By:_____
Reggie David Sanger, Esq.
Florida Bar No. 231215

BLANK, ROME, COMISKY & McCAULEY, LLP
Attorney for Defendant
1200 North Federal Highway, #417
Boca Raton, FL 33432
Tel. (561) 417-8100
Fax (561) 417-8101

By:_____
Howard M. Camerik, Esq.
Florida Bar No. 703435

2

CASE:       0:00-cv-06096
DOCUMENT:   37
DATE:       04/25/00

CLERK:      hd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                    U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

      Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

      Defendant.
_____/

## STIPULATION TO COMPROMISE CONTROVERSY

Rock Sound Communications Corporation, Plaintiff, through its Trustee, Marika Tolz
in the Bankruptcy Estate of Rock Sound Communication Corporation and Atlas
Communications, Ltd., Defendant, agree to amicably resolve this litigation as follows:

## R E C I T A L S

1.      The Plaintiff originally initiated this action on January 20, 2000. This Court
entered a temporary restraining order (hereinafter the "TRO") the same day. The TRO
was dissolved by this Court on January 24, 2000.

2.      On January 25, 2000, Plaintiff filed a voluntary petition under Chapter 11 of
the Bankruptcy Code and a Suggestion of Bankruptcy was filed in this case on the same
date.

3.      On February 9, 2000, Plaintiff's Chapter 11 proceeding was converted to a
Chapter 7 liquidation proceeding.

4.      Marika Tolz was appointed Chapter 7 Trustee of the bankruptcy estate of
Rock Sound Communications on February 9, 2000 and is currently acting in said capacity.



U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

5.    On March 2, 2000, the Trustee filed a motion of dismissal pursuant to Fed.R.Civ.P. Rule 41(a)(1) and requested that the court retain jurisdiction for determination of the disposition of the bond.

6.    The Honorable Alan S., Gold, United States District Court Judge as a result of Defendants Application pursuant to Rule 7.1B for hearing on the issue of TRO Bond and damages to Atlas (DE #31) referred the matter for hearing before the Honorable M. Simonton, United States Magistrate Judge.

7.    The Honorable Andrea M. Simonton issued her Order Setting Briefing Schedule Re: Defendants Application for Hearing (DE #31) (the "Briefing Order") dated April 11, 2000, directing the parties to file legal memorandum addressing the Court's concerns relating to jurisdiction.

## COVENANTS

8.    The above Recitals are true and correct.

9.    The parties, in view of the status of this case and the bankruptcy proceeding of Rock Sound Communications Corporation and the amount of the bond being $10,000.00, wish to settle this matter without expending further legal expense and resources on the following terms:

       a.    The parties agree that the $10,00.00 bond posted with the Clerk of the Court will be released to the Defendant to be applied to its claim arising from the providing service to Rock Sound Communications, Ltd., during the period the TRO was in effect.

       b.    This case shall be dismissed and closed.

       c.    Defendant shall file any claim arising from the TRO along with any other claims it wishes to assert against Rock Sound Communication Corporation, in the

2

U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

bankruptcy proceeding of *Rock Sound, Communications Corporation, Debtor*, Case No. 00-20422-BKC-RBR, in accordance with applicable Bankruptcy Code and Rules.

        d.      The parties agree and request this Court to extend time for briefing the issues set forth in the Briefing Order until after the Bankruptcy Court rules on the approval of the settlement of this controversy.

        10.    This Stipulation is without prejudice to the Trustee or any interested party raising any objections to the claim which the Defendant may file in the bankruptcy proceeding.

        11.    This Stipulation constitutes the entire agreement of the parties was entered into voluntarily by all parties after consultation with their respective counsel and is subject to Bankruptcy Court approval.

| | |
|---|---|
| REGGIE DAVID SANGER, P.A.<br>Attorney for Plaintiff<br>208 S.E. 9th Street<br>Fort Lauderdale, FL 33316<br>Tel. (954) 463-8547<br>Fax (954) 463-8356 | BLANK, ROME, COMISKY & McCAULEY, LLP<br>Attorney for Defendant<br>1200 North Federal Highway, #417<br>Boca Raton, FL 33432<br>Tel. (561) 417-8100<br>Fax (561) 417-8101 |
| By: _____<br>    Reggie David Sanger, Esq.<br>    Florida Bar No. 231215 | By: _____<br>    Howard M. Camerik, Esq.<br>    Florida Bar No. 703435 |

3



CASE:        0:00-cv-06096
DOCUMENT: 38
DATE:        04/25/00

CLERK:       hd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 00-6096-CIV-GOLD/Simonton

ROCK SOUND COMMUNICATIONS
CORPORATION,

          Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

          Defendant.

_____

## NOTICE OF FILING

Defendant, Atlas Communications, Ltd., by and through its undersigned attorneys, hereby gives notice of filing the original *Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation to Compromise Controversy* and *Stipulation* to Compromise Controversy.

Dated: April 24, 2000.            Respectfully submitted,

                         BLANK ROME COMISKY &McCAULEY, LLP

                         By: _____
                              HOWARD M. CAMERIK
                              Fl. Bar No. 703435
                              STEVEN A. LESSNE
                              Fl. Bar No. 0107514
                              1200 North Federal Highway, Suite 417
                              Boca Raton, FL 33432
                              Telephone: (561) 417-8100
                              Facsimile: (561) 417-8101
                              Email:Camerik@Blankrome.com
                                   Lessne@Blankrome.com

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (561) 569-5694

Attorneys for Atlas Communications, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice, together with a copy of the *Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation to Compromise Controversy* and the *Stipulation to Compromise* Controversy have been furnished by facsimile and U.S. Mail this 24th day of April, 2000 to: Reggie David Sanger, P.A., 208 S.W. 9th Street, Ft. Lauderdale, FL 33316.