UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

## STIPULATION TO COMPROMISE CONTROVERSY

Rock Sound Communications Corporation, Plaintiff, through its Trustee, Marika Tolz in the Bankruptcy Estate of Rock Sound Communication Corporation and Atlas Communications, Ltd., Defendant, agree to amicably resolve this litigation as follows:

## R E C I T A L S

1. The Plaintiff originally initiated this action on January 20, 2000. This Court entered a temporary restraining order (hereinafter the "TRO") the same day. The TRO was dissolved by this Court on January 24, 2000.

2. On January 25, 2000, Plaintiff filed a voluntary petition under Chapter 11 of the Bankruptcy Code and a Suggestion of Bankruptcy was filed in this case on the same date.

3. On February 9, 2000, Plaintiff's Chapter 11 proceeding was converted to a Chapter 7 liquidation proceeding.

4. Marika Tolz was appointed Chapter 7 Trustee of the bankruptcy estate of Rock Sound Communications on February 9, 2000 and is currently acting in said capacity.



SCANNED

U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

5.  On March 2, 2000, the Trustee filed a motion of dismissal pursuant to Fed.R.Civ.P. Rule 41(a)(1) and requested that the court retain jurisdiction for determination of the disposition of the bond.

6.  The Honorable Alan S., Gold, United States District Court Judge as a result of Defendants Application pursuant to Rule 7.1B for hearing on the issue of TRO Bond and damages to Atlas (DE #31) referred the matter for hearing before the Honorable M. Simonton, United States Magistrate Judge.

7.  The Honorable Andrea M. Simonton issued her Order Setting Briefing Schedule Re: Defendants Application for Hearing (DE #31) (the "Briefing Order") dated April 11, 2000, directing the parties to file legal memorandum addressing the Court's concerns relating to jurisdiction.

## COVENANTS

8.  The above Recitals are true and correct.

9.  The parties, in view of the status of this case and the bankruptcy proceeding of Rock Sound Communications Corporation and the amount of the bond being $10,000.00, wish to settle this matter without expending further legal expense and resources on the following terms:

   a.  The parties agree that the $10,00.00 bond posted with the Clerk of the Court will be released to the Defendant to be applied to its claim arising from the providing service to Rock Sound Communications, Ltd., during the period the TRO was in effect.

   b.  This case shall be dismissed and closed.

   c.  Defendant shall file any claim arising from the TRO along with any other claims it wishes to assert against Rock Sound Communication Corporation, in the

U.S.D.C.NO. 00-6096-CIV-GOLD/SIMONTON

bankruptcy proceeding of *Rock Sound, Communications Corporation, Debtor*, Case No. 00-20422-BKC-RBR, in accordance with applicable Bankruptcy Code and Rules.

    d.    The parties agree and request this Court to extend time for briefing the issues set forth in the Briefing Order until after the Bankruptcy Court rules on the approval of the settlement of this controversy.

10.    This Stipulation is without prejudice to the Trustee or any interested party raising any objections to the claim which the Defendant may file in the bankruptcy proceeding.

11.    This Stipulation constitutes the entire agreement of the parties was entered into voluntarily by all parties after consultation with their respective counsel and is subject to Bankruptcy Court approval.

| | |
|---|---|
| REGGIE DAVID SANGER, P.A. | BLANK, ROME, COMISKY & McCAULEY, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 208 S.E. 9th Street | 1200 North Federal Highway, #417 |
| Fort Lauderdale, FL 33316 | Boca Raton, FL 33432 |
| Tel. (954) 463-8547 | Tel. (561) 417-8100 |
| Fax (954) 463-8356 | Fax (561) 417-8101 |
| By: _____ | By: _____ |
| Reggie David Sanger, Esq. | Howard M. Camerik, Esq. |
| Florida Bar No. 231215 | Florida Bar No. 703435 |