IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD/Simonton

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.

## NOTICE OF FILING

Defendant, Atlas Communications, Ltd., by and through its undersigned attorneys, hereby gives notice of filing the original *Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation to Compromise Controversy* and *Stipulation* to Compromise Controversy.

Dated: April 24, 2000.    Respectfully submitted,

BLANK ROME COMISKY &McCAULEY, LLP

By: _____
HOWARD M. CAMERIK
Fl. Bar No. 703435
STEVEN A. LESSNE
Fl. Bar No. 0107514
1200 North Federal Highway, Suite 417
Boca Raton, FL 33432
Telephone: (561) 417-8100
Facsimile: (561) 417-8101
Email: Camerik@Blankrome.com
       Lessne@Blankrome.com

SCANNED

Jerome R. Richter
Anthony Vidovich
Blank Rome Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (561) 569-5694

Attorneys for Atlas Communications, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice, together with a copy of the *Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation to Compromise Controversy* and the *Stipulation to Compromise* Controversy have been furnished by facsimile and U.S. Mail this 24th day of April, 2000 to: Reggie David Sanger, P.A., 208 S.W. 9th Street, Ft. Lauderdale, FL 33316.