UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/



FILED by [illegible] D.C.
MAY 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER ON JOINT MOTION TO ABATE PROCEEDING TO ALLOW BANKRUPTCY COURT APPROVAL OF STIPULATION TO COMPROMISE CONTROVERSY (DE #36)

    This matter comes before the Court upon the parties' Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation To Compromise Controversy, filed April 24, 2000 (DE #36). This matter has been referred to the undersigned United States Magistrate Judge to conduct a hearing and issue a Report and Recommendation (DE #32). The parties have also filed with the Court a copy of their executed Stipulation to Compromise Controversy (DE #37), which they state will resolve all issues in this litigation if approved by the Bankruptcy Court.

    The parties ask this Court to abate the proceeding for up to sixty days from the filing of their motion during which time they will seek the approval of the Bankruptcy Court for their Stipulation to Compromise Controversy. The parties

agree that they will report to this Court within sixty days of the filing of their Motion to Abate on the proceedings in the Bankruptcy Court concerning their Stipulation to Compromise. Therefore, having considered the record in this case, this Court does

**ORDER AND ADJUDGE** that the parties' Joint Motion to Abate Proceeding to Allow Bankruptcy Court Approval of Stipulation To Compromise Controversy, filed April 24, 2000 (DE #36) is **GRANTED**. The parties shall report to this Court on or before Friday, June 23, 2000 on the proceedings in the Bankruptcy Court concerning their Stipulation to Compromise.

**DONE AND ORDERED** in Miami, Florida, on this 3rd day of May, 2000.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Alan S. Gold
   United States District Judge
Reggie D. Sanger, Esq.
   208 S.E. 9th Street
   Fort Lauderdale, Florida 33316
   (Counsel for Plaintiff)
Howard M. Camerik, Esq.
   Blank Rome Comisky
   & McCauley LLP
   1200 North Federal Highway, Suite 417
   Boca Raton, Florida 33432
   (Counsel for Defendant)