UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

    Defendant.
_____/

### REPORT ON STIPULATION TO COMPROMISE CONTROVERSY

Rock Sound Communications Corporation, Plaintiff, through its Trustee, Marika Tolz in the Bankruptcy Estate of Rock Sound Communication Corporation hereby files this Report on Stipulation to Compromise Controversy and states as follows:

The United States Bankruptcy Court for the Southern District of Florida entered the attached Order Granting Motion to Approve Stipulation to Compromise Controversy on June 13, 2000, which authorizes the terms upon which the Plaintiff, through its Trustee, Marika Tolz in the Bankruptcy Estate of Rock Sound Communications Corporation to finalize the Stipulation to Compromise Controversy.

I HEREBY CERTIFY that a true copy of this report was furnished by mail to the parties reflected below, or on the attached list, on this 16th day of June, 2000.

                REGGIE DAVID SANGER, P.A.
                Attorney for the Trustee
                208 SE 9th Street
                Fort Lauderdale, FL 33316
                Tel. (954) 463-8547
                Fax (954) 463-8356

                By: _____
                Reggie David Sanger, Esq.
                Florida Bar No. 231215

Honorable Andrea M. Simonton
US Magistrate Judge
U.S. Courthouse
300 N.E. 1st Avenue
Miami, FL 33132

Howard M. Camerik, Esquire
BLANK, ROME, COMINSKY & McCAULEY, LLPA
1200 N. Federal Highway, #417
Boca Raton, FL 33432

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CHAPTER 7
CASE NO: 00-20422-BKC-RBR
Jointly Administered and Substantively Consolidated

In re:
ROCK SOUND COMMUNICATIONS CORPORATION,
  Debtor.
_____/
In re:
OLD U.S. DIGITEL, INC. f/k/a U.S. DIGITEL, INC.
  Debtor.
_____/
In re:
TELECARD DISPENSING CORPORATION,
  Debtor.
_____/

### ORDER GRANTING MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

This cause came on before the Court on June 13, 2000 at 1:30 p.m., upon Trustee's Motion to Approve Stipulation to Compromise Controversy (the "Motion"). The Court having reviewed the Motion, the limited objection raised by IDS Long Distance, Inc., and Interexchange, Ltd., and the Court having reviewed the file and being otherwise duly advised in the premises does hereby

**ORDER AND ADJUDGE** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to finalize the Stipulation to Compromise Controversy as set forth in the Stipulation filed in the United States District Court styled, *Rock Sound Communications Corporation, Plaintiff, V. Atlas Communications, Ltd., Defendant*, U.S.D.C. No. 00-6096-CIV-GOLD/SIMONTON (the "District Court Action"), provided, however, that nothing in the Stipulation, the Motion, or this Order shall constitute or be construed in any way as a waiver by these substantively consolidated estates of any claim(s) or cause(s) of action they may have against Atlas Communications, Ltd., other than as to the matters addressed in the Stipulation as to the District Court Action.

**DONE AND ORDERED** in the Southern District of Florida, this 13 day of June, 2000.



**RAYMOND B. RAY**
RAYMOND B. RAY
United States Bankruptcy Court Judge

cc: All counsel of record
*Reggie D. Sanger, Esquire is hereby directed to serve conformed copies of this Order immediately upon receipt.*