UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6096-CIV-GOLD/SIMONTON

ROCK SOUND COMMUNICATIONS
CORPORATION,

      Plaintiff,

v.

ATLAS COMMUNICATIONS, LTD.,

      Defendant.
_____/



FILED by _____ D.C.

JUN 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR A HEARING ON DEFENDANT'S DAMAGES AND ON DISPOSITION OF THE BOND

      This matter comes before the Court upon Defendant's Motion for a Hearing on Defendant's Damages and For Disposition of the Bond securing the Temporary Restraining Order entered by the District Court on January 21, 2000 and vacated by the District Court on January 25, 2000 (DE #31). This matter has been referred to the undersigned United States Magistrate Judge to conduct a hearing and issue a Report and Recommendation (DE #32).

      On May 3, 2000, this Court granted the parties' joint motion to abate the proceedings on Defendant's Motion for sixty days to allow the Bankruptcy Court to approve their stipulation to compromise the controversy (DE #39). The stipulation states, in pertinent part, that the $10,000 bond Plaintiff posted with the Clerk of the Court to secure the Temporary Restraining Order shall be released to

Defendant, and that Defendant shall file any claim arising from the Temporary Restraining Order in Rock Sound's bankruptcy proceeding (DE #37). The parties having notified the Court that the Bankruptcy Court has granted the parties' joint motion to approve the stipulation (DE #40), the undersigned Magistrate Judge recommends that the District Court order the $10,000 bond posted with the Clerk of the Court be disbursed to Defendant, and that Defendant's Motion for a hearing on Defendant's Damages (DE #31) be **DENIED as moot**. Therefore, having considered the record in this case, this Court does

**RECOMMEND** that the $10,000 bond Plaintiff posted with the Clerk of the Court to secure the Temporary Restraining Order be disbursed to Defendant. It is further

**RECOMMENDED** that Defendant's Motion for a Hearing on Defendant's Damages (DE #31), be **DENIED as moot**.

Pursuant to S. D. Fla. Magistrate Judge Rule 4(b), the parties shall have ten days from the service of this Report and Recommendation to file written objections to this Report and Recommendation. Failure to file objections timely shall bar the parties from attacking on appeal any factual findings contained

herein.  RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993);

LoConte v. Dugger, 847 F.2d 745 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

**DONE** in Miami, Florida, on this 22nd day of June, 2000.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Alan S. Gold
    United States District Judge
Reggie David Sanger, Esq.
    208 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    (Counsel for Plaintiff)
Howard M. Camerik, Esq.
    Blank Rome Comisky
    & McCauley LLP
    1200 North Federal Highway, Suite 417
    Boca Raton, Florida 33432
    (Counsel for Defendant)

3