UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6096-CIV-GOLD
U.S. Magistrate Judge Simonton

ROCK SOUND COMMUNICATIONS
CORPORATION,

    Plaintiff,

vs.

ATLAS COMMUNICATIONS, LTD,

    Defendant.
_____/



FILED by _____ D.C.

JUL 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR A HEARING ON DEFENDANT'S DAMAGES AND ON DISPOSITION OF THE BOND

THIS CAUSE is before the Court upon the Report and Recommendation on Defendant's Motion for a Hearing on Defendant's Damages and on Disposition of the Bond [D.E. 41], filed on June 22, 2000 by U.S. Magistrate Judge Andrea M. Simonton. Neither party objected to the Report, and the time permitted for doing so has expired. In addition, the court has independently reviewed the Magistrate Judge's findings and recommendations and finds that they are correct. Accordingly, it is

**ORDERED AND ADJUDGED** that the Magistrate Judge's June 22, 2000 Report and Recommendation [D.E. 41] is AFFIRMED. It is further

**ORDERED AND ADJUDGED** that the $10,000 bond Plaintiff Rock Sound Communications Corporation posted with the Clerk of the Court to secure the Temporary

JUL 17 2000

Rec'd in MIA Dkt _____

Restraining Order shall be disbursed to Defendant Atlas Communications, Ltd.. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for a Hearing on Defendant's Damages [D.E. 31] is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of July, 2000.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished:

U.S. Magistrate Judge Andrea M. Simonton

Reggie D. Sanger, Esq.
208 S.E. 9th St.
Ft. Lauderdale, FL 33316

Howard M. Camerik, Esq.
Blank Rome Comisky & McCauley LLP
1200 N. Federal Hwy., Ste. 417
Boca Raton, FL 33432